**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

**JAMES P. DONNEL,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 4:09cv131**

**BARCLAYS BANK DELAWARE,**
d/b/a US Airways Mastercard Services
and Barclay Card

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, James P. Donnel, by counsel, hereby files his notice of dismissal with prejudice without order of Court pursuant to F.R.C.P. 41(a)(1)(i), Defendant having filed no answer or motion for summary judgment in this matter.

                            **JAMES P. DONNEL**

                             By:   /s/ Christopher Colt North
                                  Of Counsel

Christopher Colt North
VSB #16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax:　(757) 873-8375
Email: cnorthlaw@aol.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of December, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.


                   /s/ Christopher Colt North


Christopher Colt North

VSB #16955

Attorney for Plaintiff

The Consumer & Employee Rights Law Firm, P.C.

751-A Thimble Shoals Boulevard

Newport News, Virginia 23606

Phone: (757) 873-1010

Fax: (757) 873-8375

Email: cnorthlaw@aol.com